Frank E. Scherkenbach (CSB No. 142549/scherkenbach@fr.com)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack (CSB No. 162897/pollack@fr.com)
Michael R. Headley (CSB No. 220834/headley@fr.com)
David J. Miclean (CSB No. 115098/miclean@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR CORPORATION
and FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE MATTER OF SUBPOENA OF HOWARD EARHART, as issued from this District Court in the case of:<br><br>POWER INTEGRATIONS, INC., a Delaware corporation, | **CASE NO. 06-MC-80256 PJH**<br><br>CASE NO.  C.A. No. 04-1371 JJF (D. Del.)<br><br>**[P~~ROPOSE~~D] STIPULATED ORDER TRANSFERRING PLAINTIFF POWER INTEGRATIONS' MOTION** |

1    [PROPOSED] STIPULATED ORDER TRANSFERRING PLAINTIFF'S
     MOT TO QUASH THE SUBPOENA OF HOWARD EARHART TO
     THE DISTRICT OF DELAWARE - CASE NO. C 06-MC-80256 PJH

|   |   |
|---|---|
| Plaintiff, | **TO QUASH THE SUBPOENA OF HOWARD EARHART TO THE DISTRICT OF DELAWARE** |
| v. | |
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, | |
| Defendants. | |

WHEREBY the subpoena of Mr. Earhart dated August 4, 2006, and issued from this Court in the case of *Power Integrations, Inc. v. Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corp.* ("Fairchild"), District of Delaware, C.A. No. 04-1371 JJF ("the Delaware patent action"), relates to an action currently pending in the District of Delaware, in which a pretrial conference is scheduled on September 14 and trial set to begin on October 2;

WHEREBY issues raised in Power Integrations' Motion to Quash the Subpoena of Howard Earhart ("Motion to Quash") have already been the subject of briefing in the Delaware patent action, and where those issues were partially addressed by a ruling of the Delaware District Court dated August 22, 2006;

WHEREBY the interests of judicial efficiency and economy will be forwarded by transferring the Motion to Quash to a court that is already familiar with the parties and disputes raised in this motion; and

WHEREBY the parties now agree that the Motion to Quash should be transferred to the District of Delaware;

It is HEREBY ORDERED that the Motion to Quash is transferred to the Federal District Court of Delaware, to be decided by the Court presiding over the Delaware patent action.

//

//

1  The schedule for briefing shall remain unchanged, namely, Fairchild's opposition brief
2  remains due on September 6, 2006, and Power Integrations' reply brief remains due on
3  September 13, 2006.

Dated: August 31, 2006                FISH & RICHARDSON P.C.


                                      By: /s/ David J. Miclean
                                          David J. Miclean

                                      Attorneys for Plaintiff
                                      POWER INTEGRATIONS, INC.


Dated: August 31, 2006                ORRICK, HERRINGTON & SUTCLIFFE LLP


                                      By: /s/ Brian H. VanderZanden
                                          G. Hopkins Guy, III
                                          Vickie L. Feeman
                                          Bas de Blank
                                          Brian H. VanderZanden

                                      Attorneys for Defendants
                                      FAIRCHILD SEMICONDUCTOR CORP.
                                      and FAIRCHILD SEMICONDUCTOR
                                      INTERNATIONAL, INC.

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from G. Hopkins Guy, III, Vickie L. Feeman, Bas de Blank, and Brian H. VanderZanden.

Dated: August 31, 2006          FISH & RICHARDSON P.C.

By: /s/ David J. Miclean
    David J. Miclean

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: 9/7/06



Phyllis
Judge O                                    Court

50369261.doc

4   [PROPOSED] STIPULATED ORDER TRANSFERRING PLAINTIFF'S MOT TO QUASH THE SUBPOENA OF HOWARD EARHART TO THE DISTRICT OF DELAWARE - CASE NO. C 06-MC-80256 PJH